**WEI GU, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 07–70778.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Wei Gu, Rosemead, CA, pro se.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

## MEMORANDUM **

Wei Gu, a native and citizen of China, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We grant the petition for review and remand for further proceedings.

The agency determined that Gu's failure to submit his fingerprints far enough in advance of his hearing was sufficient reason to deny his application for asylum and withholding of removal. The agency, however, did not have the benefit of our intervening decision in *Cui v. Mukasey*, 538 F.3d 1289 (9th Cir.2008), which held that refusing to continue proceedings for fin-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

gerprint processing prior to April 2005 may be an abuse of discretion. We therefore remand for the agency to reconsider its denial of Gu's application. *See id.* at 1292–95; *see also Karapetyan v. Mukasey,* 543 F.3d 1118, 1129–32 (9th Cir.2008).

**PETITION FOR REVIEW GRANTED; REMANDED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

R.App. P. 34(a)(2).